FILED

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0499

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0499

_____

IN RE THE MATTER OF THE ESTATE OF:

CAL R. NUNN,                                              ORDER

      Deceased.

_____

This matter came before the Court on APPELLANT, BRANDI R. NUNN'S, ("Nunn")
Motion for Extension of Time to file the initial brief.

This is Nunn's first Motion for Extension of Time, and it is unopposed.

IT IS, THERFORE, ORDERED that,

1.  The Motion for Extension of Time is GRANTED.

2.  Nunn shall have until January 20, 2024 to file the initial brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2024